Daimon Mcguire
418 w 51st st
Los angeles Ca 90037
3106631349
Daimonmcguire@yahoo.com

FILED

2025 JAN 23  PM 3: 20

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____ M.M.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

NAME OF PLAINTIFF(S)                    )    Case No.: 2:25-cv-00614-DSF-KES
                                        )
                    Plaintiff(s),       )    Complaint
                                        )
Daimon mcGuire                          )
        vs.                             )
                                        )
                                        )
            Defendant(s)                )
                                        )
The citty of los angeles                )
                                        )
Officer Chandler 38434

Officer Portillo 41221.

_____

**INTRODUCTION**

1. This is a civil action seeking damages against the City of Los Angeles and individual officers for violations of Plaintiff's constitutional rights under the Fourth, Second, and Fourteenth Amendments to the U.S. Constitution, pursuant to 42 U.S.C. § 1983.

**JURISDICTION AND VENUE**

-1-

INSERT DOCUMENT TITLE (e.g. MOTION TO STRIKE)

2. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343.

3. Venue is proper under 28 U.S.C. § 1391(b) as the events occurred in Los Angeles, California.

**PARTIES**

4. Plaintiff is a resident of Los Angeles County, California.

5. Defendant City of Los Angeles is a municipality in the State of California.

6. Defendant Officer Chandler and Officer portillo are officers of the Los Angeles Police Department (LAPD), acting under color of state law.

**FACTUAL ALLEGATIONS**

7. On 6/16/2023 Plaintiff's car overheated, causing him to park illegally temporarily.

-2-

8. As Plaintiff left the vehicle to purchase orange juice, Officers stopped Plaintiff without reasonable suspicion or probable cause.

9. Plaintiff was detained and searched, a violation of his Fourth Amendment rights (see *Terry v. Ohio*, 392 U.S. 1 (1968)).

10. Despite a legal [*illegal*] search of Plaintiff's vehicle, a legally stored firearm in the trunk, Officer Chandler—known to have a personal vendetta against Plaintiff—was called to the scene over ten minutes later.

11. Contrary to the truth, Officer Chandler filed a false report that a firearm appeared to be loaded, resulting in Plaintiff's arrest.

12. At trial, Officer Chandler's offers of false testimony were evident, leading to an immediate case dismissal.

13. The repeated stops and false arrests, perpetrated by the 77th Division, indicate a pattern of misconduct and retaliation against Plaintiff for previously filed lawsuits.

-3-

INSERT DOCUMENT TITLE (e.g. MOTION TO STRIKE)

**LEGAL CLAIMS**

**COUNT I: Fourth Amendment Violation**

14. Defendants lacked reasonable suspicion or probable cause to detain and arrest Plaintiff, contravening the Fourth Amendment (see *Illinois v. Gates*, 462 U.S. 213 (1983)).

**COUNT II: Second Amendment Violation**

15. Defendants infringed upon Plaintiff's right to bear arms by falsifying claims about Plaintiff's legally stored firearm, resulting in denial of CCW certification.

**COUNT III: Fourteenth Amendment Violation**

16. By fabricating evidence and providing false testimony, Defendants violated Plaintiff's due process rights (see *Brady v. Maryland*, 373 U.S. 83 (1963)).

**COUNT IV: Retaliation**

-4-

INSERT DOCUMENT TITLE (e.g. MOTION TO STRIKE)

17. The series of stops post–initial lawsuit filing suggests a pattern of harassment and retaliation by the 77th Division.

**PRAYER FOR RELIEF**

Plaintiff demands judgment against Defendants as follows:

A. Compensatory and punitive damages;

B. Attorney's fees and costs;

C. An injunction preventing further harassment;

D. Any other relief deemed appropriate by the Court.

1–23–25

*Daimon Mcguire*

~~Daqimon Mcguire~~

-5-

INSERT DOCUMENT TITLE (e.g. MOTION TO STRIKE)